**E-FILING**

1  ~~SCOTT SCHOOLS~~
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

```
                              FILED
                         2008 JAN -7 P 2: 31
                         RICHARD W. WIEKING
                              CLERK
                         U.S. DISTRICT COURT
                         NO. DIST. OF CA, S.J.
```

5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7                    SAN JOSE DIVISION

8  
9  UNITED STATES OF AMERICA,          )  CRIMINAL NO. 08 70007 - HRL
      Plaintiff,                      )
10                                    )  NOTICE OF PROCEEDINGS ON
      v.                              )  OUT-OF-DISTRICT CRIMINAL
11                                    )  CHARGES PURSUANT TO RULES
   Osmar Aguirre-Villegas             )  5(c)(2) AND (3) OF THE FEDERAL RULES
12                                    )  OF CRIMINAL PROCEDURE
      Defendant.                      )
13                                    )
                                      )
14

15  Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

16  Procedure that on _____, the above-named defendant was arrested based upon an

17  arrest warrant (copy attached) issued upon an

18  ☐ Indictment   ☐ Information   ☐ Criminal Complaint   ☒ Other Probation Violation

19  pending in the Southern District of California Case Number 03CR1941-W

    In that case, the defendant is charged with a violation(s) of Title(s) ____ United States Code,
20
    Section(s) ____ .
21
    Description of Charges: _____
22

23
                                    Respectfully Submitted,
24                                  ~~SCOTT SCHOOLS~~
                                    UNITED STATES ATTORNEY
25  Date: 1/8/2008                   [signature]
26                                   Assistant U.S. Attorney

27

28

1

AO 442

FD# 1174634  88251-198

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Osmar Aguirre-Villegas

**WARRANT FOR ARREST**

CASE NUMBER: 03CR1941-W

9/26/75

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Osmar Aguirre-Villegas_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

In violation of Title _____See Above_____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| H. Harwell (signature) | 05/25/06 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____No Bail_____ by _____The Honorable Thomas J. Whelan_____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS T "D"

PROB 12C(H)
(03/06)

May 18, 2006

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 MAY 25 PM 2:09
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**Name of Offender:** Osmar Aguirre-Villegas                 **Dkt No.:** 03-CR-1942001-W

**Reg. No.:** 38251-198

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, U.S. District Judge

**Date of Sentence:** July 21, 2003

**Original Offense:** 8 U.S.C § 1326, Deported Alien Found in the United States, a Class D felony.

**Sentence:** 10 months custody; 3 years supervised release *(Special Conditions: the defendant shall remain outside of the United States of America during the term of supervised release.)*

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** April 9, 2004

**Asst. U.S. Atty.:** Patricia Guerrero            **Defense Counsel:** Benjamin Sanchez, Jr. (Appointed)
                                                                        (619)- 234-8467

**Prior Violation History:** None.

---

## PETITIONING THE COURT

TO ISSUE A NO-BAIL BENCH WARRANT

PROB 12C(d)  
Name of Offender: Osmar Aguirre-Villegas  
Docket No.: 03-CR-1941-001-W

May 18, 2006  
Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

### CONDITION(S)

**(Mandatory Condition)**  
Not commit another federal, state, or local crime. *(mv1)*

### ALLEGATION(S) OF NONCOMPLIANCE

1. On November 22, 2005, the offender unlawfully transported heroin, as evidenced by the Information filed in the San Diego Superior Court, Case No. CS198236, charging him with HS § 11352(a), Transportation of a Controlled Substance.

2. On November 22, 2005, the offender unlawfully possessed heroin for sale, as evidenced by the Information filed in the San Diego Superior Court, Case No. CS198236, charging him with HS § 11351, Possession of a Controlled Substance.

3. On November 22, 2005, the offender unlawfully transported cocaine, as evidenced by the Information filed in the San Diego Superior Court, Case No. CS198236, charging him with HS §11352 (a), Transportation of a Controlled Substance.

4. On November 22, 2005, the offender unlawfully possessed cocaine for sale, as evidenced by the Information filed in the San Diego Superior Court, Case No. CS198236, charging him with HS §11351, Possession for Sale of a Controlled Substance.

5. On or before November 22, 2005, Mr. Aguirre-Villegas reentered the United States, subsequent to deportation, as evidenced by his arrest by the Chula Vista Police Department and by the Information filed in the San Diego Superior Court, Case No. CS198236, charging him with narcotics violations.

PROB 12C(d)

Name of Offender: Osmar Aguirre-Villegas
Docket No.: 03-CR-1941-001-W

May 19, 2006
Page 3

(Special Condition)

| | | |
|---|---|---|
| The defendant shall remain outside of the United States of America during the term of supervised release. (mv35) | 6. | The offender failed to remain outside of the United States during his term of supervised release as evidenced by his arrest on November 22, 2005, by the Chula Vista Police Department. |

*Grounds for Revocation*: As to all of the allegations, I have received and reviewed the Chula Vista Police Department Arrest Report No. 05-24247, as well as the Information and supporting documentation in San Diego Superior Court Case No. SCS198236, which confirm the following: On November 22, 2005, Chula Vista Police detectives arrested the offender at a strip mall after he was observed selling a balloon of heroin to another person. When arrested, Mr. Aguirre-Villegas possessed 31 balloons of heroin, in various colors and ranging in weight from 0.3g to 0.9g. He also had a balloon of cocaine weighing 0.6 g. In his vehicle, the offender had a "pay and owe" notebook, a counterfeit California Identification Card, and two cellular phones.

During his post arrest interview, the offender admitted he was selling heroin and cocaine for an unknown individual who would pay him $80.00 a day for his sales. He stated he had been selling for 15 days to make extra money. He also revealed that the different colors of the balloons indicated the weight of the controlled substance.

Mr. Aguirre-Villegas was charged with violations of HS §11352(a), Transportation of a Controlled Substance; HS §11351, Possession for Sale of a Controlled Substance; HS §11352(a), Transportation of a Controlled Substance; and HS §11351, Possession for Sale of a Controlled Substance. This case is scheduled for a trial call on June 6, 2006.

The offender released from federal custody on April 9, 2004. INS has confirmed that on this same date, he was deported via the San Ysidro, CA, Port of Entry.

PROB 12C(d)

Name of Offender: Osmar Aguirre-Villegas                              May 18, 2006
Docket No.: 03-CR-1941-001-W                                          Page 4

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked and the offender be sentenced to 18 months custody, consecutive to any sentence he may be serving, pursuant to USSG §7B1.3(f). (An Expanded Violation Worksheet, 12CW(d), has been attached for the Court's review.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 18, 2006

Respectfully submitted:

by _____
Patricia León
U.S. Probation Officer
(619) 409-5109

Reviewed and approved:

_____
Mary M. Murphy
Supervising U.S. Probation Officer

Attachments

PROB 12C(d)

Name of Offender: Osmar Aguirre-Villegas  
Docket No.: 03-CR-1941-001-W

May 18, 2006  
Page 5

## THE COURT ORDERS:

__X__ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

(Currently detained at George Bailey Detention Center under the name Aguirre, Osmar Villegas.)

_____ Other _____

_____  
The Honorable Thomas J. Whelan  
U.S. District Judge

_____  
Date

I hereby attest and certify on 5/25/06  
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA

By: _____ Deputy