**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

Richard W. Wieking
Clerk

www.cand.uscourts.gov

FILED

General Court Number
408.535.5363

January 9, 2008

2008 JAN 23 P 3: 37

Clerk of the Court
U.S. District Court of the Southern California
4290 Edward J. Schwartz US Courthouse
880 Front Street,
San Diego, CA 92101-8900

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

Case Name: **USA-Osmar Aguirre-Villegas**
Case Number: **5-08-70007-HRL   (Your Case#03CR1941-W)**
Charges: **Probation Violation**



RECEIVED
JAN 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )  The defendant has a court appearance in your court on:

Enclosed are the following documents:

original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk